IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RASHAD KHADIJAH ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-060 |
| | ) | |
| STAN SHEPARD, Warden; | ) | |
| MRS. T. BUSSEY, Warden of Care and | ) | |
| Treatment; MR. STANLEY JOHNSON, | ) | |
| Assistant Engineering Supervisor; | ) | |
| SGT. KENNETH HOLLIS, Inmate | ) | |
| Supervisor; SGT. GREG PAGE, C.E.R.T. | ) | |
| Supervisor; and JIMMIE HANES, Former | ) | |
| Inmate, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Plaintiff's complaint without prejudice for failure to exhaust administrative remedies and **CLOSES** this civil action.

SO ORDERED this 5th day of October, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA